**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO DE JESUS MARTINEZ, | No. SACV 11-1491-TJH(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| TIMOTHY S. ROBBINS, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed as moot.

DATED: November 7, 2011

_____
TERRY J. HATTER, JR.
United States District Judge